# IN THE SUPREME COURT OF THE STATE OF NEVADA

PATRICIA SANDERS,
                    Appellant,
vs.
THE STATE OF NEVADA,
                    Respondent.

No. 78399

FILED

APR 0 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for reconsideration. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for reconsideration, this court lacks jurisdiction over this appeal. *Phelps v. State*, 111 Nev. 1021, 1022–23, 900 P.2d 344, 344–45 (1995); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

19-15124

cc: Hon. William D. Kephart, District Judge
Patricia Sanders
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A